NO. 29,110

FILED

2014 OCT -3 PM 4:44

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/29/2014 1:57:39 PM
DEBBIE AUTREY
Clerk    DEPUTY

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 354TH JUDICIAL DISTRICT |
| | § | |
| MARK EUGENE ENGLE | § | HUNT COUNTY, TEXAS |

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Mark Eugene Engle, Defendant in the above styled and numbered cause, and

gives this written notice of appeal to the Court of Appeals of the State of Texas, in Texarkana from

the judgment of conviction and sentence herein rendered against Mark Eugene Engle.

Respectfully submitted,

Jason A. Duff
2615 Lee St
Greenville, TX 75403
Tel: 903.455.1991
Fax:903.455.1417

By:_____

Jason A. Duff
State Bar No. 24059696
jasonaduff@hotmail.com
Attorney for Mark Eugene Engle

## CERTIFICATE OF SERVICE

This is to certify that on October 3, 2014, a true and correct copy of the above and

foregoing document was served on the District Attorney's Office, Hunt County, by hand delivery.

_____

Jason A. Duff



CASE NO. 29110      COUNT 1
INCIDENT NO./TRN: 9128311515 A002

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | |
| | § | OF HUNT COUNTY, TEXAS |
| MARK EUGENE ENGLE | § | |
| | § | |
| STATE ID NO.: TX 03911640 | § | 354TH JUDICIAL DISTRICT |

AT FILED
OCT 01 2014

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL

I, RICHARD A. BEACOM, JR. ,Judge of the trial court certify this criminal case:

☒ is not a plea bargain case, and the defendant has the right of appeal; or

☐ is a plea bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived and the defendant has the right of appeal; or

☐ is a plea bargain case, but the trial court has given permission to appeal; and the defendant has the right to appeal; or

☐ is a plea bargain case, and the defendant has NO right of appeal; or

☐ the defendant has waived the right of appeal.

Signed on 10-01-2014.

HONORABLE RICHARD A. BEACOM, JR.
354 TH JUDICIAL DISTRICT COURT

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and I have only thirty (30) days in which to file a pro se petition for discretionary review in the court of appeals. TEX. R. APP. PRO. R. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a pro se petition for discretionary review.

Defendant (MUST SIGN)

Mailing Address: 7628 Cedarhill
Watauga Tx 76148

Telephone number: 817-233-1396
Mother — Mary

Attorney for Defendant

SBN: 06918050

Address: 2900 LEE STREET
GREENVILLE,TEXAS 75403-0021
Telephone Number: 903-454-6050
Fax Number: 903-454-4898

29110            1